USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DEWEY & LEBOEUF LLP,

                Debtor.

ALAN M. JACOBS, as Liquidating Trustee
of the Dewey & LeBoeuf Liquidation Trust,

                Plaintiff,

    -against-

VIVIAN POLAK,

                Defendant.

Case No. 12-12321 (MG)

Chapter 11

14 Civ. 5692 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Today, defense counsel phoned the Court and stated that Defendant (1) has reached a settlement with Plaintiff which resolves this matter and (2) has withdrawn her pending motion.

    Accordingly, the Clerk of Court is directed to terminate the motion at ECF No. 1 and to close the case.

    SO ORDERED.

Dated: December 17, 2014
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge